## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BUNNATINE H. GREEENHOUSE**<br>**11300 Stones Throw Drive**<br>**Reston, VA 20194**<br><br>       **Plaintiff,**<br><br>    **v.**<br><br>**FRANCIS J. HARVEY, Secretary,**<br>**United States Army**<br>**101 Army Pentagon**<br>**Washington, D.C. 20310-0101**<br><br>**and**<br><br>**CARL A. STROCK, Commander,**<br>**U.S. Army Corps of Engineers**<br>**441 G Street, N.W.**<br>**Washington, D.C. 20314-1000**<br><br>**and**<br><br>**ROBERT GATES,**<br>Secretary of Defense<br>10th & Constitution Ave., N.W.<br>Washington, D.C. 20302-1000<br><br>**and**<br><br>**UNITED STATES DEPARTMENT**<br>**OF DEFENSE**<br>9TH & Pennsylvania Ave., N.W.<br>Washington, D.C. 20530<br><br>**and**<br><br>**UNITED STATES DEPARTMENT**<br>**OF THE ARMY**<br>**Army Pentagon**<br>**Washington, D.C. 20310-0103**<br><br>**and** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     **Civil Action No. 07-0182 (EGS)** |

**UNITED STATES ARMY CORPS**　　　　　)
**OF ENGINEERS**　　　　　　　　　　　　)
**441 G Street, N.W.**　　　　　　　　　　　)
**Washington, D.C. 20314-1000**　　　　　)
　　　　　　　　　　　　　　　　　　　　)
**and**　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
**UNITED STATES OF AMERICA**　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　**Defendant.**　　　　)
　　　　　　　　　　　　　　　　　　　　)
_____)

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Steven M. Ranieri, Special

Assistant U.S. Attorney, as counsel of record for the defendants in the above-captioned case.

Respectfully submitted,

_____/s/_____
STEVEN M. RANIERI
Special Assistant U.S.  Attorney
555 Fourth Street, N.W.,
Room E4408
Washington, D.C.  20530
(202) 353-9895

2