IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BUNNATINE H. GREEENHOUSE** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0182 (EGS) |
| ) | |
| **THE HONORABLE PETE GEREN** ) | |
| **Acting Secretary of the Army, et. al.** ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

Plaintiff brings this case pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-2, *et seq.*, ("Title VII"), the Whistleblower Protection Act ("WPA"), 5 U.S.C. §§ 1211-1215, 1218-1219, 1221-1222, and 5 U.S.C. §§ 7702-7703, and the Privacy Act of 1974, 5 U.S.C. § 552a.  Defendants respectfully move this Court for a two-week enlargement of time through and including May 30, 2007, within which to answer, move, or otherwise respond to the Complaint in this matter.  Good cause exists to grant this motion:

1. Defendants' answer, motion or other response to the Complaint is presently due May 14, 2007.

2. Defendants have been diligently working on this matter; however, defendants need additional time to review the voluminous documentary record and to address the factual and legal claims raised by plaintiff in her complaint.  The undersigned counsel has been working diligently with agency attorneys; however, additional time is required to fully respond to Plaintiff's complaint.

3.  Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4.  This is the second enlargement of time sought in this matter.

5.  Plaintiff's counsel consents to the enlargement.

For these reasons, defendants request that the Court grant its Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond.  A proposed order is included with this Motion.

Respectfully submitted,

_____/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____/s_____
RUDOLPH CONTRERAS D.C. Bar #  434122
Assistant United States Attorney


_____/s_____
STEVEN M. RANIERI
Special Assistant U.S.  Attorney
555 Fourth Street, N.W.,
Washington, D.C.  20530
(202) 353-9895

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BUNNATINE H. GREEENHOUSE** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0182 (EGS) |
| ) | |
| **THE HONORABLE PETE GEREN** ) | |
| **Acting Secretary of the Army, et. al.** ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon consideration of Defendants' Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to the Complaint, and the entire record of this case, it is hereby

**ORDERED** that Defendant's Motion for an Enlargement is **GRANTED**, and it is

**FURTHER ORDERED** that Defendant shall have up to and including May 30, 2007, to answer, move or otherwise respond to Plaintiff's Complaint.

Dated this _____ day of _____, 2007.

_____
Emmet G. Sullivan
United States District Judge

Copies to:
Parties via ECF