IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUNNATINE H. GREEENHOUSE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0182 (EGS) |
| ) | |
| THE HONORABLE PETE GEREN ) | |
| Acting Secretary of the Army, et. al. ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Brian C. Baldrate, Special Assistant U.S. Attorney, as counsel of record for the defendants in the above-captioned case, and withdraw the appearance of Special Assistant United States Attorney Steven M. Ranieri.

Respectfully submitted,

_____/s/_____
BRIAN C. BALDRATE
Special Assistant U.S. Attorney
555 Fourth St., N.W.
Room E4408
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780