IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUNNATINE H. GREEENHOUSE ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 07-0182 (EGS) |
| THE HONORABLE PETE GEREN ) Acting Secretary of the Army, et. al. ) | |
| Defendants. ) | |

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO SUBMIT PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT**

Comes now, Plaintiff Bunnatine H. Greenhouse, by and through counsel, with the consent of Defendants, and moves for an enlargement of time to and including October 31, 2007 in which to file Plaintiff's brief in opposition to Defendants' motion for partial judgment on the pleadings or, in the alterative, for partial summary judgment.  Plaintiff's counsel is authorized to state that Defendants' counsel consents to the relief sought in this motion. A proposed order is also submitted herewith.

This extension is sought due to the press of business in this and other cases, including a brief which is due to be filed by Plaintiff's counsel in the United States Court of Appeals on October 19, 2007, in another case.

## **Conclusion**

For the foregoing reasons, Plaintiff's unopposed motion for enlargement of time to and including October 31, 2007, in which to file Plaintiff's brief in opposition to Defendants' motion for partial judgment on the pleadings or, in the alterative, for partial summary judgment should be granted.

                                                    Respectfully submitted,

                                                    <u>/s/ Michael D. Kohn</u>
                                                    Michael D. Kohn
                                                    Kohn, Kohn & Colapinto, LLP
                                                    3233 P Street, N.W.
                                                    Washington, D.C.  20007-2756

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUNNATINE H. GREEENHOUSE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>THE HONORABLE PETE GEREN )<br>Acting Secretary of the Army, et. al. )<br>)<br>Defendants. )<br>) | Civil Action No. 07-0182<br>(EGS) |

**ORDER**

Plaintiff's unopposed motion for enlargement of time to and including October 31, 2007, in which to file Plaintiff's brief in opposition to Defendants' motion for partial judgment on the pleadings or, in the alterative, for partial summary judgment is hereby **GRANTED**.

So ordered this \_\_\_\_ day of _____, 2007

_____
District Court Judge