IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUNNATINE H. GREEENHOUSE ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE HONORABLE PETE GEREN ) <br> Acting Secretary of the Army, et. al. ) <br> ) <br> Defendants. ) | Civil Action No. 07-0182 <br> (EGS) |

**CONSENT MOTION TO STAY DISCOVERY UNTIL THE JANUARY 8, 2008 STATUS CONFERENCE, AND TO ENLARGE THE TIME TO SUBMIT PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT**

Comes now, Plaintiff Bunnatine H. Greenhouse, by and through counsel, with the consent of Defendants, and moves to stay discovery until the scheduled January 8, 2008 status conference, and to enlarge the time for Plaintiff to file her opposition to Defendants' motion for partial summary judgment. Good cause exists for the granting of this relief as follows:

**Stay of Discovery Until the January 8, 2008 Status Conference**

The stay of discovery is sought in order to accommodate on-going settlement efforts that are proceeding before Magistrate Judge Kay and to otherwise provide the parties with the time they need to resolve discovery issues

concerning the classified nature of information that is the subject of Plaintiff's pending discovery requests.

The parties are earnestly attempting to resolve this matter through settlement. A follow-up settlement conference is scheduled to proceed before Magistrate Judge Kay on November 14, 2007. The parties seek to substantially conclude their settlement efforts within the next several weeks and believe that a stay of discovery will further that on-going effort. The parties note that discovery has been slowed, in part, due to the large volume of classified documents and information responsive to Plaintiff's pending discovery requests. Discovery efforts have also been delayed as a result of the filing of Defendants' motion to dismiss, or in the alternative, for partial summary judgment. As set forth in the Joint Rule 16.6 Report filed with the Court, the parties did not anticipate the filing of any dispositive motions until after discovery was completed and settlement efforts concluded. Defendants' have since changed counsel and have opted to file a motion to dismiss and for partial summary judgment, which continues to impact the time line necessary to complete discovery as well as the desire of the parties to explore settlement opportunities before proceeding with further discovery. This is particularly so in that Defendants did not anticipate the scope of classified material covered by Plaintiff's pending discovery requests coupled with the fact that much of the classified material sought relates to the claims which are the subject of Defendants' pending motion to dismiss and for partial summary judgment.

In the interests of judicial economy and in order to provide the parties with time needed to work out discovery differences and to attempt to conclude settlement, the parties mutually desire a stay of discovery until the status conference, currently scheduled for January 8, 2008 at 11:30 A.M, is concluded. By that time the parties will have explored settlement and will have briefed defendants' motion to dismiss and for partial summary judgment, and will have attempted to otherwise resolve any other outstanding discovery disputes.

### **Enlargement of Time to Respond to Summary Judgment**

Plaintiff, with the consent of Defendants, seeks an enlargement of time to and including November 21, 2007, in which to file Plaintiff's brief in opposition to Defendants' motion for partial judgment on the pleadings or, in the alterative, for partial summary judgment. This additional time will permit the parties to fully consider the likelihood of settlement and should likewise provide the necessary time Plaintiff's counsel will require to respond to Defendants' motion. Good cause also exists for the granting of this relief as the filing of briefs before the United States Court of Appeals for the District of Columbia Circuit was more time intensive then anticipated which necessarily interfered with Plaintiff counsel's preparation of Plaintiff's response to Defendants' pending motion.

## Conclusion

WHEREFORE, Plaintiff, with the consent of Defendants, requests that discovery be stayed until the commencement of the status conference currently scheduled for January 8, 2008 at 11:30 A.M., and at which time the parties will have explored the possibility of settlement and briefed defendants' motion.

FURTHERMORE, Plaintiff, with the consent of Defendants, requests that her counsel be granted until November 21, 2007 to file a response to Defendants' motion for summary judgment.

Respectfully submitted,

/s/ Michael D. Kohn
Michael D. Kohn
Kohn, Kohn & Colapinto, LLP
3233 P Street, N.W.
Washington, D.C.  20007-2756