## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BUNNATINE H. GREEENHOUSE** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 07-0182** |
| ) | **(EGS)** |
| ) | |
| **THE HONORABLE PETE GEREN** ) | |
| **Acting Secretary of the Army, et. al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO SUBMIT PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT

Comes now, Plaintiff Bunnatine H. Greenhouse, by and through counsel, with the consent of Defendants, and moves for an enlargement of time to and including December 4, 2007 in which to file Plaintiff's brief in opposition to Defendants' motion for partial judgment on the pleadings or, in the alterative, for partial summary judgment. Defendants' counsel anticipates filing Defendants' reply brief will on December 18, 2007. Plaintiff's counsel is authorized to state that Defendants' counsel consents to the relief sought in this motion. A proposed order is also submitted herewith.

This extension is sought due to the press of business in this and other cases, and due to settlement efforts Plaintiff's counsel continues to devote to this matter.

## **Conclusion**

For the foregoing reasons, Plaintiff's unopposed motion for enlargement of time to and including December 4, 2007, in which to file Plaintiff's brief in opposition to Defendants' motion for partial judgment on the pleadings or, in the alterative, for partial summary judgment should be granted.

Respectfully submitted,


/s/ Michael D. Kohn
Michael D. Kohn
Kohn, Kohn & Colapinto, LLP
3233 P Street, N.W.
Washington, D.C.  20007-2756

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **BUNNATINE H. GREEENHOUSE** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 07-0182** |
| ) | **(EGS)** |
| ) | |
| **THE HONORABLE PETE GEREN** ) | |
| **Acting Secretary of the Army, et. al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**ORDER**

     Plaintiff's unopposed motion for enlargement of time to and including

December 4, 2007, in which to file Plaintiff's brief in opposition to Defendants'

motion for partial judgment on the pleadings or, in the alterative, for partial

summary judgment is hereby **GRANTED**.


     So ordered this _____ day of November, 2007


_____
District Court Judge