IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BUNNATINE H. GREEENHOUSE** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **THE HONORABLE PETE GEREN** ) <br> **Acting Secretary of the Army, et. al.** ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 07-0182 (EGS) |

**DEFENDANTS' CONSENT MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO FILE A REPLY**

Plaintiff brings this case pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-2, *et seq.*, ("Title VII"), the Whistleblower Protection Act ("WPA"), 5 U.S.C. §§ 1211-1215, 1218-1219, 1221-1222, and 5 U.S.C. §§ 7702-7703, and the Privacy Act of 1974, 5 U.S.C. § 552a.  Defendants respectfully move this Court for an enlargement of time through and including December 31, 2007, within which to Reply to Plaintiff's Opposition, R.16, to Defendant's Motion for Summary Judgment or Partial Judgement on the Pleadings.  Good cause exists to grant this motion:

   1. Defendants' Reply is presently due December 21, 2007.

   2. Although defense counsel has continued to make diligent efforts to complete the Reply, his infant son was hospitalized during the week of December 17, 2007 and remains there as of the filing of this motion.   Thus, the finalizing of the document has not been completed as planned.

   3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4. Plaintiff's counsel consents to the enlargement.

For these reasons, Defendants request that the Court grant its Motion for Enlargement of Time Within Which to file a Reply. A proposed order is included with this Motion.

Respectfully submitted,

_____/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____/s_____
RUDOLPH CONTRERAS D.C. Bar # 434122
Assistant United States Attorney


_____/s_____
BRIAN C. BALDRATE
Special Assistant U.S. Attorney
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 353-9895

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **BUNNATINE H. GREEENHOUSE**<br><br>Plaintiff,<br><br>v.<br><br>**THE HONORABLE PETE GEREN**<br>**Acting Secretary of the Army, et. al.**<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 07-0182 (EGS) |

**ORDER**

Upon consideration of Defendants' Motion for an Enlargement of Time to Reply, and the entire record of this case, it is hereby

**ORDERED** that Defendant's Motion for an Enlargement is **GRANTED**, and it is

**FURTHER ORDERED** that Defendant shall have up to and including December 31, 2007, to file a Reply.


Dated this _____ day of _____, 2007.



_____
Emmet G. Sullivan
United States District Judge


Copies to:
Parties via ECF