IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUNNATINE H. GREEENHOUSE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0182 |
| ) | (EGS) |
| ) | |
| THE HONORABLE PETE GEREN ) | |
| Acting Secretary of the Army, et. al. ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION AND MEMORANDUM IN SUPPORT OF PLAINTIFF'S REQUEST TO FILE A SURREPLY**

Plaintiff, Bunnatine H. Greenhouse, by and through counsel, hereby seeks leave to file a surreply to Defendants' Reply to Plaintiff's Opposition to Defendants' Motion for Partial Judgment on the Pleadings or, in the Alternative, for Partial Summary Judgment. The basis for this request is set forth below.

On September 19, 2007 Defendants filed a motion for partial judgment on the pleadings or, in the alternative, for partial summary judgment, together with their memorandum of points and authorities in support thereof ("Defendant's Memorandum"). In relevant part, Defendants argue that jurisdiction over Plaintiff's whistleblower claims is lacking because, pursuant to 5 U.S.C. § 7542, members of the Senior Executive Service ("SES") are excluded from filing an appeal of a performance based removal with the MSPB. Defendants' Memorandum at p. 12. On December 4, 2007 Plaintiff submitted her opposition to this argument noting that jurisdiction over Plaintiff's whistleblower claims was not predicated on 5 U.S.C. § 7542, but instead

flowed from Congress' explicit grant to SES employees the right to submit an appeal before the MSPB pursuant to the Whistleblower Protection Act ("WPA").

On December 31, 2007 Defendants filed their reply to Plaintiff's opposition to defendants' motion for partial judgment on the pleadings, or in the alterative, for partial summary judgment.  Therein, Defendants articulate, for the first time, there basis for contesting Plaintiff's claim that jurisdiction predicated on Plaintiff's WPA argument is flawed.

Wherefore, Plaintiff seeks leave to file a surreply so that she may reply to Defendants newly articulated argument set forth in Defendants' Reply brief.  Plaintiff further requests leave until January 22, 2008 in which to do so.

Plaintiff's counsel is authorized to state that Defendants' counsel has taken this motion under advisement and anticipates articulating Defendants' position at the status conference scheduled to commence in this matter on December 8, 2008 at 11:30 a.m.

## Conclusion

For the foregoing reasons, Plaintiff seeks leave to file a surreply brief on or before January 22, 2008.

Respectfully submitted,

/s/ Michael D. Kohn
Michael D. Kohn
Kohn, Kohn & Colapinto, LLP
3233 P Street, N.W.
Washington, D.C.  20007-2756
(202) 342 6980

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BUNNATINE H. GREEENHOUSE** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 07-0182 |
| ) | **(EGS)** |
| ) | |
| **THE HONORABLE PETE GEREN** ) | |
| **Acting Secretary of the Army, et. al.** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

Plaintiff's motion to file a surreply brief to Defendants' Reply to Plaintiff's Opposition to Defendants' Motion for Partial Judgment on the Pleadings or, in the Alternative, for Partial Summary Judgment, is hereby **GRANTED**. It is hereby **ORDERED** that Plaintiff's surreply be filed on or before January 22, 2008

So ordered this ____ day of January, 2008

_____
District Court Judge