IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUNNATINE H. GREEENHOUSE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE HONORABLE PETE GEREN )<br>Secretary of the Army, et. al. )<br>)<br>Defendants. )<br>) | Civil Action No. 07-0182<br>(EGS) |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Bunnatine Greenhouse, through counsel, hereby provides notice to this Honorable Court of supplemental authority issued by the U.S. Court of Appeals of the District of Columbia Circuit after the close of briefing in the above captioned matter. In *Ikoss v. Department of Navy, et al.,* 516 F.3d 1037 (D.C. Cir. Feb. 29, 2008), our Court of Appeals, in addressing 5 U.S.C. § 7702, states:

> Construing section 7702 to confer jurisdiction over all elements of a mixed case is also consistent with the section's "treatment of mixed cases in previous stages of the process: section 7702 explicitly requires the Board in appealable cases alleging both discrimination and non-discrimination claims to decide *both* issues," *Wiggins v. United States Postal Serv.*, 653 F.2d 219, 221-22 (5th Cir. 1981) (emphasis in original) (quotation marks omitted). This holding also reflects the legislative history, which states that "questions of the employee's inefficiency or misconduct, and discrimination by the employer, [are] two sides of the same question and must be considered together," [**13] *Doyal v. Marsh*, 777 F.2d 1526, 1537 (11th Cir. 1985) (quoting S. Rep. No. 95-969, at 53 (1978), *as reprinted in* 1978 U.S.C.C.A.N. 2723, 2775); *see also Williams v. Dep't of the Army*, 715 F.2d 1485, 1490 (Fed. Cir. 1983) (en banc) (quoting same). As this court has observed, "discrimination and nondiscrimination claims . . . are closely related both logically and as a factual matter." *Hayes v. U.S. Gov't Printing Office*, 221 U.S. App. D.C. 363, 684 F.2d 137, 140 (D.C. Cir. 1982).

> *While this court has not yet addressed whether a district court has* jurisdiction over non-discrimination claims under section 7702(e), it has long viewed "[t]he plain language of [5 U.S.C. §§ 7702-03] [to] suggest[] that a mixed case is to be treated as a unit, and is to be brought before the district court." Id. at 139.

*Ikossi* at 1042.

                                                 Respectfully Submitted,

                                                 _____/s/_____
                                                 Michael D. Kohn
                                                 DC Bar No. 425617

                                                 _____/s/_____
                                                 David K. Colapinto
                                                 DC Bar No. 416390
                                                 KOHN, KOHN, COLAPINTO, LLP
                                                 3233 P Street, NW
                                                 Washington, DC 20007
                                                 (Phone) 202-342-6980
                                                 (Fax) 202-342-6984

Dated: May 28, 2008