UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BUNNATINE H. GREENHOUSE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-182 (EGS) |
| ) | |
| PETE GEREN[1], *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Pending before the Court is Defendants' Motion for Judgment on the Pleadings. Upon consideration of the Motion, the Response and Replies thereto, the applicable law, and the arguments presented at the hearing on this motion, and for the reasons stated in the accompanying Memorandum Opinion issued this day, it is hereby **ORDERED** that

Defendants' Motion for Judgment on the Pleadings is **GRANTED** in favor of Defendants on the APA and WPA claims. Those claims are hereby dismissed from this action.

It is **FURTHER ORDERED** that the improperly named defendants are also dismissed from this action. The only appropriate defendants in this matter are the Secretary of the Army and the Department of the Army.

---

[1] By operation of Federal Rule of Civil Procedure 25(d)(1), Secretary Geren is automatically substituted as the proper party in place of former Secretary of the Army Francis Harvey.

It is **FURTHER ORDERED** that Defendants' Motion is **DENIED** as to the Privacy Act claims.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan
            United States District Judge
            September 2, 2008**